IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| ATTORNEY DOE<br>    Petitioner,<br>v.<br><br>OFFICE OF DISCIPLINARY COUNSEL<br>OF THE SUPREME COURT OF THE<br>VIRGIN ISLANDS and KATHRYN DONNELLY,<br>in her capacity as Special Designated<br>Disciplinary Counsel,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>) CIVIL NO. 1:24-cv-00020<br>)<br>)<br>)<br>)<br>) |

**PETITIONER'S MOTION TO FILE UNDER SEAL**

NOW COMES, Attorney Doe, by and through undersigned counsel and pursuant to LRCi. 5.4(f), and hereby respectfully requests leave of court to file documents under seal. Specifically, Petitioner seeks to file under seal Exhibit A to *Petitioner's Renewed Motion for Leave to Proceed Pseudonymously*.

Pursuant to this Court's February 11, 2025 Order, the Court invited Petitioner to renew his/her motion for leave to proceed pseudonymously and to seek to file any supporting documents under seal. February 11, 2025 Order, p. 11. Petitioner has renewed the request to proceed pseudonymously and in support thereof, wishes to submit confidential documents that serve as the basis for the request. The documents comprising the subject Exhibit A are required to be kept confidential pursuant to Rule 207.13 of the Rules of Attorney Disciplinary Enforcement of the Supreme Court of the Virgin Islands. It must also be maintained as confidential due to the sensitive

nature of the allegations and the potential for stigmatization of Petitioner. Petitioner also submits a statement identifying the specific remarks by the Complainant that are pertinent to this Court's decision. The statement by law enforcement submitted in response to the Complaint is also included.

WHEREFORE, Petitioner respectfully requests leave of court to file under seal Exhibit A to *Petitioner's Renewed Motion for Leave to Proceed Pseudonymously*.

Respectfully submitted,

_____
Bruce P. Bennett
63 Calhoun Street
Washington Depot, CT 06794
T: (475) 206-1199
F: (475) 207-0117
V.I. Bar #512
bpb@brucebennettlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of February 2025, I caused a true and exact copy of the foregoing to be served through the Court's electronic filing system, via email, upon the parties as identified below.

Paul L. Gimenez, Esq.
General Counsel
Judicial Branch of the V.I.
P.O. Box 70
St. Thomas, VI. 00804

H. Marc Tepper
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA. 19102

_____
Bruce P. Bennett