UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-145

No. 24-3269

ATTORNEY DOE

v.

OFFICE OF DISCIPLINARY COUNSEL OF THE SUPREME COURT OF THE VIRGIN ISLANDS; KATHRYN ANNE DONNELLY, in her capacity as Special Designated Disciplinary Counsel,
Appellants

(D.V.I. No. 1:24-cv-00020)

Present: PHIPPS, CHUNG and SMITH, Circuit Judges

1. Clerk's Submission for Possible Dismissal due to Jurisdictional Defect

2. Response by Appellants to Jurisdictional Defect

3. Response by Appellee Jurisdictional Defect

4. Motion by Appellants to Strike Appellee's December 31, 2024 Response

5. Motion by Appellee for Summary Action

6. Response by Appellants to Motion for Summary Action

Respectfully,
Clerk/kr

_____ORDER_____
Appellants appealed from an order entered by a magistrate judge on November 20, 2024. Where, as here, the parties did not consent to proceed before a magistrate judge under 28 U.S.C. § 636(c), orders entered by a magistrate judge cannot be appealed directly to this Court. See Siers v. Morrash, 700 F.2d 113, 115 (3d Cir. 1983) ("[A] magistrate's order is not a 'final' order of the district court within the meaning of section 1291."). Accordingly, the appeal is DISMISSED for lack of jurisdiction. Appellants' Motion to Strike Appellee's Response (which was filed one week late) is DENIED.

Appellee's Motion for Summary Action is DISMISSED as MOOT.

By the Court,

s/D. Brooks Smith
Circuit Judge

Dated: September 25, 2025
Gch/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate