## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **ATTORNEY DOE,** ) <br> ) <br> **Petitioner,** ) <br> ) <br> v. ) <br> ) <br> **OFFICE OF DISCIPLINARY COUNSEL** ) <br> **OF THE SUPREME COURT OF** ) <br> **THE VIRGIN ISLANDS AND** ) <br> **ATTORNEY KATHRYN DONNELLY,** ) <br> **in her capacity as Special Designated** ) <br> **Disciplinary Counsel,** ) <br> ) <br> **Respondents.** ) <br> ) | **Civil Action No. 2024-0020** |

**Attorneys:**

**Bruce P. Bennett, Esq.**
Washington Depot, CT
    *For Petitioner*

**Paul L. Gimenez, Esq.**
St. Thomas, U.S.V.I.
**H. Mare Tepper, Esq.**
Philadelphia, PA
    *For Respondents*

## ORDER

THIS MATTER comes before the Court on Petitioner's "Notice and Request for Dismissal" ("Notice") (Dkt. No. 103) and "Request for Ruling" ("Request") (Dkt. Nos. 104, 105).[1]

In the Notice, Petitioner informs the Court that "the subject matter of this lawsuit has recently developed such that the claims presented in the Petition are now moot." *Id.* Petitioner seeks to dismiss the case pursuant to Federal Rule of Civil Procedure 41(2), with each party to

---

[1] After Petitioner filed the initial Request, the Clerk's Office issued a Notice of Corrected Docket Entry. Petitioner then filed a corrected Request, which is substantively the same as the initial Request.

bear their own costs. *Id.* In the Request, Petitioner seeks a ruling on its Notice. (Dkt. Nos. 104, 105).[2]

**UPON CONSIDERATION** of the foregoing and Federal Rule of Civil Procedure 41(2), it is hereby

**ORDERED** that Petitioner's "Notice and Request for Dismissal" (Dkt. No. 103) is **GRANTED**; and it is further

**ORDERED** that Petitioner's "Request for Ruling" (Dkt. Nos. 104, 105) is **GRANTED;** and it is further

**ORDERED** that the instant matter is **DISMISSED WITHOUT PREJUDICE** with each party to bear their own costs; and it is further

**ORDERED** that Respondents Office of Disciplinary Counsel of the Supreme Court of the Virgin Islands and Attorney Kathryn Donnelly's "Motion to Dismiss and for Abstention" (Dkt. No. 35) is **DENIED AS MOOT**; and it is further

**ORDERED** that Respondents' "Motion for Expedited Rulings on Motions to Stay Discovery and the Magistrate's Order Pending a Determination of Immunity" (Dkt. No. 63) is **DENIED AS MOOT**; and it is further

**ORDERED** that Respondents' "Motion for Protective Order" (Dkt. No. 75) is **DENIED AS MOOT**; and it is further

**ORDERED** that Petitioner's "LRCiP 72.2 Objection to Ruling of Magistrate Judge" (Dkt. No. 83) is **DENIED AS MOOT**; and it is further

---

[2] When the Notice and Request were filed, Respondents' Notice of Interlocutory Appeal (Dkt. No. 49) was pending before the Third Circuit. The Third Circuit dismissed the appeal for lack of subject matter jurisdiction on September 25, 2025. (Dkt. Nos. 107, 108).

**ORDERED** that Petitioner's "Renewed Motion for Leave to Proceed Pseudonymously" (Dkt. No. 92) is **DENIED AS MOOT**; and it is further

**ORDERED** that the Clerk of Court is directed to mark this case **CLOSED**.

**SO ORDERED.**

Date: September 29, 2025         _____/s/_____
                                 WILMA A. LEWIS
                                 Senior District Judge